# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PS PRODUCTS, INC., *ET AL.*                                          PLAINTIFFS

VS.                                  4:18-CV-00896-BRW

CONTEXTLOGIC, INC.                                               DEFENDANT

## ORDER

Defendant's Motion to Transfer Case (Doc. No. 13) is GRANTED. Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Northern District of California.

IT IS SO ORDERED this 17th day of April, 2019.

                                                     /s/ Billy Roy Wilson_____
                                                     UNITED STATES DISTRICT JUDGE